**JONES, BELL, ABBOTT, FLEMING & FITZGERALD L.L.P.**
Kevin K. Fitzgerald (State Bar #100682)
601 South Figueroa Street, 27th Floor
Los Angeles, California 90017-5759
Telephone: (213) 485-1555
Facsimile: (213) 689-1004

Attorneys for Relator
Douglas Farrow

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ex rel. DOUGLAS FARROW; STATE OF CALIFORNIA ex rel. DOUGLAS FARROW; STATE OF FLORIDA ex rel. DOUGLAS FARROW,<br><br>Plaintiffs,<br><br>v.<br><br>TRELLEBORG, AB; (aka Trelleborg Group); TRELLEBORG ENGINEERED SYSTEMS; FENTEK MAINE SYSTEMS GmbH; TRELLEBORG INDUSTIRES PRODUCTS, INC.; TRELLEBORG INDUSTRIES SAS; VIRGINIA HARBOR SERVICES, INC.; SEAWARD INTERNATIONAL INC.; SEAWARD HOLDINGS, INC.; NEXTWAVE MARINE, LLC; MARINE FENDERS INTERNATIONAL, INC.; WATERMAN SUPPLY COMPANY, INC.; PLASTIC PILINGS, INC.; MARITIME INTERNATIONAL; SEYMOUR WATERMAN; FRANK MARCH; ROBERT TAYLOR; GERALD THERMOS; JOHN DEATS; ANDREW BARMAKIAN; TOMAS CRAWAAK; LARRY LIZOTTE; PROMAR; YOKOHAMA RUBBER COMPANY, LTD.; FENDERCARE NAVAL SOLUTIONS; FENDERCARE MARINE SOLUTIONS; JAMES FISHER PLC; DONALD MURRAY; PETER NILSSON; WILLIAM ALAN POTTS; DUNLOP OIL | **Case No. ED-CV-05-381 GHW (SGLx)**<br><br>**NOTICE OF LODGING OF PROPOSED ORDER GRANTING MOTION OF KEVIN K. FITZGERALD AND JONES, BELL, ABBOTT, FLEMING & FITZGERALD TO WITHDRAW AS COUNSEL FOR RELATOR DOUGLAS FARROW**<br><br>Date: June 23, 2011<br>Time: 8:30 a.m.<br>Courtroom: 10<br>Judge: Hon. George H. Wu |

– 1 –
NOTICE OF LODGING OF PROPOSED ORDER GRANTING MOTION TO WITHDRAW

AND MARINE, LTD; PHOENIX AG; CONTINENTIAL AG; MANULI RUBBER INDUSTRIES SPA; MANULI OIL & MARINE (USA); ITR, S.P.A.; SAIAG, S.P.A.; COMITAL SAIGA, S.P.A.; PARKER ITR S.R.L.; ITR RUBBER S.R.L.;PARKER HANNIFIN CORPORATION; BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.; SUMITOMO RUBBER INDUSTRIES, LTD., SRI HYBRID LTD., and DOES 31 – 50,

    Defendants.

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

  **PLEASE TAKE NOTICE** that pursuant to Local Rule 52-4.1 Kevin K. Fitzgerald and Jones, Bell, Abbot, Fleming & Fitzgerald L.L.P. hereby lodge the attached [Proposed] Order Granting Motion of Kevin K. Fitzgerald and Jones, Bell, Abbott, Fleming & Fitzgerald, L.L.P. to Withdraw as Attorneys of Record for Relator Douglas Farrow.

Dated: June 20, 2011  **JONES, BELL, ABBOTT, FLEMING & FITZGERALD L.L.P.**
           Kevin K. Fitzgerald

           By:   /S/
             KEVIN K. FITZGERALD
           Attorneys for Relator Douglas Farrow